UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-20529-CIV-MARTINEZ-GOODMAN

ACCESS PICTURES, LLC,

    Plaintiff,

vs.

SONY PICTURES HOME
ENTERTAINMENT INC.,

    Defendant.
_____/

**PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE**

Plaintiff, ACCESS PICTURES, LLC (referred to hereinafter as "Plaintiff" or "APL"), by and through its undersigned counsel and pursuant to Fed. R. Evid. 201(b), requests that this court take judicial notice of the following in *Richard Effs, acting on his own and on behalf of all members of Access Pictures LLC, v. Norman "Cess" Silvera, et al.*, Eleventh Judicial Circuit, Case No. 12-8650 CA 01:

    A. Plaintiff's Supplemental Motion To Vacate Order Granting Partial Summary Judgment And Motion For Clarification, Reconsideration And Rehearing filed 2/27/18, attached hereto as [Doc. 84-1];

    B. 3/8/18 Hrg. Tr. attached hereto as [Doc. 84-2];

    C. Defendants' Response to Plaintiff's Motion and Supplemental Motion To Vacate Order Granting Partial Summary Judgment filed 5/29/18, attached hereto as [Doc. 84-3];

    D. 10/1/18 Hrg. Tr. attached hereto as [Doc. 84-4];

Fed. R. Evid. 201(b) provides: A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot

reasonably be questioned. *Id; Allstate Ins. Co. v. Estate of Robert M. Levesque*, 8:08-CV-2253-T33EAJ, 2010 WL 2978037, at *1 (M.D. Fla. 2010).

**WHEREFORE**, Plaintiff, ACCESS PICTURES, LLC, respectfully requests that this Court take Judicial Notice of the attached, together with any and further relief as this Court deems just and equitable under the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 4th day of November, 2019.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By:   /s/ Kadisha D. Phelps
**Kadisha D. Phelps, Esquire**
Florida Bar No. 33635